IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KEVIN L. BALLARD,

                Plaintiff,

     vs.

NEBRASKA DEPARTMENT OF
CORRECTIONS ET. AL,

                Defendant.

**8:25CV566**

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion (the "Motion") filed by Plaintiff Kevin L. Ballard ("Plaintiff"), an inmate at Tecumseh State Correctional Institution. Filing No. 11. In his Motion Plaintiff seeks to extend the deadline to comply with this Court's November 26, 2025, Memorandum and Order requiring Plaintiff to show cause no later than December 29, 2025, as to why his case should not be dismissed for failure to pay the initial partial filing fee of $1.38. *See* Filing No. 10. Plaintiff argues that, although he has requested the funds be sent, the institution where he is housed has failed to send his initial partial filing fee to this Court, and it appears he intended to enclose a check for $1.38 with his Motion but no check was received. Filing No. 11 at 1. However, Plaintiff did not indicate how much additional time he requires to comply. *Id.*

The Court further construes Plaintiff's Motion as authorization to release the initial partial filing fee of $1.38 from his trust account. Prison officials may be directed by a court to collect federal filing fees from a prisoner's trust account when funds are available. *See Ajamu v. Douglas Cnty.*, Nebraska, No. 8:22CV347, 2023 WL 2162617, at *1 (D. Neb. Feb. 22, 2023) (citing *Smith*

*v. Huibregtse*, 151 F. Supp. 2d 1040, 1042 (E.D. Wis. 2001) (directing prison officials to pay the prisoner plaintiff's initial partial filing fee in a 42 U.S.C. § 1983 action because funds "existed" in plaintiff's trust account since plaintiff received regular bi-monthly deposits)).

Upon consideration, Plaintiff's motion for an extension of time is granted. Plaintiff shall have an additional 30 days, or through and until **January 29, 2026**, to pay his initial partial filing fee.

IT IS THEREFORE ORDERED that:

1.    Plaintiff's Motion, Filing No. 11, is granted.  Plaintiff shall have through and until **January 29, 2026**, to submit his $1.38 initial partial filing fee in compliance with the Court's November 26, 2025, show cause order, Filing No. 10.

2.    By **January 29, 2026**, Plaintiff's institution shall deduct the initial partial filing fee of $1.38 from Plaintiff's institutional account if such funds are available and remit payment to the Clerk of Court.

3.    After payment of the initial partial filing fee, Plaintiff's institution must collect the additional monthly payments in the manner set forth in 28 U.S.C. § 1915(b)(2) and forward those payments to the Court.

4.    The Clerk's office is directed to send a copy of this Memorandum and Order to the appropriate official at Plaintiff's institution.

5.    The Clerk of Court shall terminate the December 29, 2025, check for response to show cause order deadline, and shall set the following pro se case management deadline of **January 29, 2026**: check for payment or response to show cause order.

6.    Plaintiff is reminded that it is his responsibility to ensure the initial partial filing fee of $1.38 is paid.  To the extent Plaintiff seeks additional time to comply with this order he must file a written motion with this Court

2

explaining why additional time is needed before the deadline for compliance
has passed.

Dated this 30th day of December, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge