IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NE.

KEVIN L BALLARD V. Rob Jeffries et al.    CASE NO. 8:25 cv 566

AMENDED COMPLAINT - FALSE INPRISONMENT / PROCEDURAL DUE PROCESS RIGHTS

U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 FEB 17 AM 10:54
OFFICE OF THE CLERK

Now the Plaintiff KEVIN L Ballard pro.se. moves this honorable District Court to reconsider Plaintiffs claim of false inprisonment for the following reasons.

1. For starters Plaintiff is not in no way chalanging any goodtime credits that were lost due to disiplinary actions, he is simply chalanging the two sentences in question themselves.

2. On 5-18-2015 Petitioner was sentenced out of Sarpy County District Court case #D 15-285 to a 1 year sentence, what the Judge said at sentencing is what started this landslide of miscalculations and has us all undecided on what to do to make this true TRD date come to life.

3 The Judge said on record, said no less then one year no more then one year, well in any courtroom in this country that is 365 days flat, the problem with that sentence was that F4 felonies do not carry any manditory sentences, although the Judge sentenced me within the guidelines, his wording puts us all at this point.

4 So now when Plaintiff gets his new dreamsheet he notices that records put it in the computer a one to one, well that act alone was a violation of my 14th amendment rights because they loged into the computer the exact opposite of what the Judge comanded me to do, and there was no process afforded to me at all.

5 Now I understand that the records administrator may have thought she was doing me a favor, but let me decide for myself, by affording me procedural due process, I may have told her take me back infront of the Judge to get resentenced. Well that never happened and that act alone is why shes a defendant.

(1 of 7)

Kevin L. Ballard 80479
SPR-TECUMSEH, Tecumseh State Correctional Institution
Inmate Mail/Parcels
P.O. Box 900
Tecumseh, NE 68450-0900

--------------------------------------------------------

6 So now I'm stuck with this sentence that was totally force fed and me not knowing how to comunicate with the courts, I did not no what to do.

7 Now as time passed I had received more time out of lancaster, so my sentence had jumped up and all my sentences were put together, so that made me start paying close attention to my dreamsheets.

8 When I was comming up for parole on the 4 felonie convictions, I had really started to understand my dreamsheet, it was easy to understand beings I was living it, it was only natural that I figure it out.

9 I finally was granted parole on 9-27-2017, and although it was 3½ months past my parole elligibility date, it was a major step in the right direction. I did well on parole I stayed free for like 21 months, but then my first violation came into my life and that violation puts us at the second and most damaging phase of this complaint.

10 Long story short my violation started like 6-2-2019 but before I could make it to see the board on the 18th of June 2019 I caught a assult charge and it's been a living nightmare every since, since I caught the charge while in prison while on parole it looked really bad for me and my new TRD date, why because I had already had my rights violated via NDCS's records administration, see paragraphs 4 and 5 of this document, so I guess in a scence that the next acts to follow was due to NDCS being so comfertable at violating my procedural due process once without any pushback from me or any of it's top officials, so doing it again was probably preplaned.

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ROMAN L. HRUSKA U.S. COURTHOUSE
111 S. 18TH PLAZA, SUITE 1152
OMAHA, NE 68102-1322

—— **OFFICIAL BUSINESS** ——



OMAHA NE 680

4 FEB 2026 PM

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 68102
02 7H
0006074757

$ 001.03⁰

FEB 03 2026

Received
FEB 06 2026
TSCI Mailroom

Kevin L. Ballard 80479
SPR-TECUMSEH, Tecumseh State Correctio(
Inmate Mail/Parcels
P.O. Box 900
Tecumseh, NE 68450-0900

68450-090000

11 So as bad as this new situation was about 6 months later it had gotten even worse, for the inhouse assult charge Lancaster County Court came to visit me via zoom and charged me with a assult on staff that supposably happened while I was being apprehended over this simple prison fight I was involved in, so now it was like a double wammy, because I had already been disaplined in house, now I was about to be disaplined again in the real world.

12 I used the word preplaned for one simple reason, and it's sintually a understatment, Plaintiff was virtually setup by his very own prison administration, Plaintiff was forced into a corner to add a assult charge to his already jacked up prison record, all in the efforts of the retaliation of the warden of DEC/LCC now RTC, Mr. Taggert Boyds efforts to silence the Plaintiff via one of his casemanagers having a mental health "BREAKDOWN", right infront of the 85 people on the yard, including his staff, and on video, his quest for silencing the Plaintiff has gotten so far out of hand and has silenced the Plaintiff "NOT," and thats why he is a Defendant in not only this claim but others to come because he firsthand put a target on the Plaintiffs back for the whole NDCS prison administration to take target practice with as many civil rights violations as humanly possible, by this administration.

13 So we firsthand know how all the unjust originated, I just do not understand how one duall prison warden could have just as much power as a CEO, but I guess one phone call could be all that it takes to disrupt a mans prison structure, and when Mr. Boyd and the administration got wind that Plaintiff

(3 of 7)

COURT

Date
3/28/13

Total

COURT:     Municipal Court, City of Edmond
           120 E. Main Street
           Edmond, OK 73034
           (405) 359-4360

| Date | Docket | Description | Total |
|------|--------|-------------|-------|
| 3/28/2013 | T479870-01 | CANVASSER/SOLICITOR LICENSE REQUIRED | 311.00 |

Total Due -------------------------------------------------> 311.00

**Payment Options:**
Pay In Person: 120 E. Main Street, Edmond, OK 73034
Pay by Mail: P.O. Box 2970, Edmond, OK 73034
To Pay Online visit court@edmondok.gov   www.edmondok.gov
To Pay by phone, call
There will be a 3% service fee and a $2.50 online payment fee.  Both charges will appear separately on your monthly statement, and both are non-refundable.
Please contact the court to verify your case quailifies for online or phone payments
No Personal Checks

**Office Hours:**
7:30am – 5:30pm
Monday - Thursday
7:30am -11:30am
Friday

*Except City Observed Holidays

was not being quite about the fake assult on staff situation, mixed with communicating with federal Judges all in Plaintiffs push back against the target on his back, and just plaine ole "JUSTICE" but what I think, what has forced NDCS's top officials to go so hard, is the fact that when they set me up with this fake assult, they forgot one important factor. Kevin L Ballard 80479 had been parole Elligable for eight at 3 years and 3 mouths, at his sentencing date for this assult on staff charge, so what that ment was Plaintiff ~~had~~ already had close to 39 mouths credit twords any new crime that he catches while being parole Elligable, so when the top officials, Mr Boyd the past Director FRAKES and the records administrator got wind of that and when it came time to calculate up my new dreamsheet they all for the second time got in their feelings, lost their composure and railroaded my procedural due process once again, by just adding the 2 years to the back of my sentence, they had a choice, they could have not entered it[th] into the computer at all, wich would have been the most sinsible thing to do, but beings that I was comanded by the Judge to serve a 1 to 2 year sentence and me being parole Elligable for so long made it so that there was nothing for the bottom number to stand on, so so on or around 8-1-2020 case# D 19-1420 out of lancaster was entered into the computer, by way of manipulation, ~~to~~ without any process yet again, as Petitioner was sentenced under LB 191 wich by the legislature guarantees day for day, that was compromised, due to manipulation at the hands of the records administrator.

(4 of 7)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Not Applicable
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1002743010 [Date=2/2/2026] [FileNumber=5579282-0]
[b4a400bced2afb17595f48c687404719b84b8127e1ac51f3d070700420ed63cc3229
f392bdca469e3af9fc4fdd5c8e62e6ee7c533e6d401ce48a31b939cdbc00]]

14 So now the frustrated top officials have come to the realization that they are all in to deep, they see that the Plaintiff is not backing down, the retaliation tatics are becoming way to obvious, and all the uses of forces and the "ATYPICLE," housing situations, the Plaintiff is actually getting use to them. and theres one more big problem, NDCS now has a "WHISTLE BLOWER." and Ballard has gotten to much inside information and with this new director our problems have just became way more complicated.

15 I started grieving records about how they were calculating my sentence around 10-28-2019, the one on the back of my sentence never fell off, to no avail, then again on 3-20-2020 another failed attempt, and although they knew first hand I was right because I was eligable and that ity bity one year sentence was satisfied, they failed to recalculate my dreamsheet.

**out of SARPY**

16 And then around 1-21-2021 another failed attempt, but this time another sentence that did not fall off the 1 to 2 out of Lancaster, so now Plaintiff clearly sees that it's all in retaliation of Plaintiff not accepting being assulted under warden Boyds watch, and by doing his due dilligence and relaying his encounter to federal Judges, did not sit well at all with NDCS's top officials, and the fact that they have all went so far and cant back out now means "NOT," at all to me, the fact that NDCS is now looking down the barrell of the biggest prison conspiracy of this decade is self inflicted, dont shoot the messinger.

17 Mr Jeffries was not a part of this prison conspiracy at the beginning and I'm not even sure Ms Downing was around at the beginning, but soon after he became

(5 of 7)

Clerk of The Nebraska Supreme Court
and Court of Appeals
2413 State Capitol
P.O. Box 98910
Lincoln, NE 68509-8910

05-34-02



quadient

FIRST-CLASS MAIL
AUTO - IMI
$000.59³
02/02/2026  ZIP 68508
043M32207199

US POSTAGE

Received

FEB 0 5 2026

TSCI Mailroom



January 30, 2026

Kevin L Ballard
#80479
PO Box 900
Tecumseh, NE 68450

        023   LAP8A5B 68450



LEGAL MAIL

aware by way of greivences and by way of Declatory Orders
the new CEO chose to not mediate this problem, he actually
chose to act as though my correspondences never came
across his desk, so he nor Ms Downing chose to act, so
alls that means is they did not inherit this problem, they
flat out "ADOPTED", this false imprisonment issue.

18. So moving foward Plaintiff along with NDCS
are now at a 3 year diffrence in Plaintiffs time structure,
and until this date Rob Jefferies, Christina Downing, ~~and~~ AND
the two wardens Boyd and Settles, have yet to prove
that they have LAG IT any LEGAL documentation to be holding
Plaintiff in one of the extreamly extra secure facilitys at
this time, we know Petitioner has been parole elligable
for over 9 years now, we know that the CEO and the records
administrations system is outdated and cant drop completed
sentences out of a bundled sentence unless its done manually
and we also know NDCS has a whistle blower amunxt
themselves, and it's put unwanted pressure on these 4
defendants.

19. And 3 extra years of forcefed captivity is
a very longtime, alot of discomfort, disewllyness, use of forces,
strip searches that were unwanted, lowlness, time away from
children and grandchildren, then the administration wonders
why Ballard will not conform, would you if you had already
served your time and you were forced to stay, all because
the administration did something wrong and does not
to face the people of Nebraska with the truth, because
the conspiracy is crumbling, but now it's gotton so out of
hand and it's actually poss False Imprisonment, by your

(6 of 7)

Kevin L. Ballard 80479
SPR-TECUMSEH, Tecumseh State Correctional Institution
Inmate Mail/Parcels
P.O. Box 900
Tecumseh, NE 68450-0900

-----------------------------------------------------

administrations thirst for punishment and retaliation and TSCI not wanting to keep their hands off me, or release me, I feel new crimes have been committed, on the lines of kidnapping and "HUMAN TRAFFICING."

20 So NDCS if you feel that the Plaintiff just somehow dreamed this up, all this madness, "PROVE YOUR INNOCENCE," prove that Plaintiff never served the one year sentence out of safpy, upon becoming elligible in 2017, prove that the 1 to 2 year sentence was not time served at sentencing, you all keep telling to think the AG's arguments is so right, but you keep failing to understand, Ballard was parole elligible durring both illegal person entries into the computer by the records administrator, so that fact bars him from any calculation of either sentence, now take the one year in safpy was put in the computer wrong in the first place, and the 1 to 2 out of Lancaster never should have been entered, it was "TIME SERVED," please prove any other factor.

21 So for all those reasons, set foreth in this ammended complaint the Plaintiff requests that the false Inprisonment claim be reactivated, due to the defendants railroading Plaintiffs procedural due process on 2 different accasions, violating his 14th amendment constitutional rights, that the courts force NDCS to pinpoint Plaintiffs actual TRD date excluding any loss that accured in the 3 year timespan Plaintiff was illegaly confined, and damages stay the same, in nominal and punitive damages, (300,000) three hundred thousand, per extra year is whats requested.

Respectfully Submitted by
Kevin L Ballard

(7 of 7)

8:25-cv-00723-JMG-PRSE Notice has been electronically mailed to:
8:25-cv-00723-JMG-PRSE Notice has been delivered by other means to:
Kevin L. Ballard
80479
SPR-TECUMSEH, Tecumseh State Correctional Institution
Address Updated 8/20/25
Inmate Mail/Parcels
P.O. Box 900
Tecumseh, NE 68450-0900

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:Not Applicable
Electronic document Stamp:
[STAMP dcecfStamp_ID=1002743010 [Date=2/2/2026] [FileNumber=5579319-0]
[90cbd9929a28a894c2ee48490f4e8e895e05b03d9d584049fad0605ce94cbe271b0e
09ce0eacbb24e0e91d3923a7a862ada2c8d038397f181c8f1e67d6bddad1]]

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February 2026 a true and accurate copy of the foregoing Ammended complaint was served upon the U.S. District Court by placing said copy into the U.S. mail, first class postage prepaid to U.S. district court at 111 S 18th st Plaza #1152 Omaha Ne 68102

by Kevron Ballard

KEVIN BALLARD 80479
P.O. BOX 900 TECUMSEH
NEBRASKA 68450



quadient

CORRECTION
IMI

**$001.32** º

02/13/2026 ZIP 68450
043M31235529

US POSTAGE

U.S. District Court
111 S 18th st Plaza #1152
Omaha Nebraska 68102

RECEIVED

FEB 17 2026

CLERK
U.S. DISTRICT COURT

LEGAL MAIL